JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL MART STORES, INC., et al,<br><br>　　Defendants. | Case No. CV-10-06224 R (OPx)<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff CHRIS KOHLER and defendant WAL-MART STORES, INC.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: February 8, 2011

_____
United States District Court Judge